UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03800-GAF (MANx) | Date | April 8, 2013 |
|---|---|---|---|
| Title | Warren Rubin et al v. Shlomo Margalit et al<br>IN RE MRV COMMUNICATIONS, INC. DERIVATIVE LITIGATION | | |

| Present: The Honorable | GARY ALLEN FEESS, United States District Judge | |
|---|---|---|
| Renee Fisher | Pat Cuneo | |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| James I Jaconette<br>Travis E Downs , III<br>Daniel L. German - State Court action | Adam S Paris<br><br>*Also* *Present*:<br>David C. Marcus<br>Gregory Andrew Ellis<br>Ronald E Wood<br>Eric A. Gressler<br>Sharon Ben -Shahar<br>Charles Cox<br>Jennifer Roche |

**Proceedings:**     MOTION HEARING (Non-Evidentiary) (Held & Completed)

1)   PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT (filed 3/1/13) [280]

    Matter called.  Counsel state their appearances for the record.  Court questions counsel/the parties as stated in court and on the record on above motion and invites counsel to present their oral arguments.  Arguments by counsel are heard.

    The matter is taken under submission, a written order to follow.   As further discussed, the parties are to submit an Amended Stipulation.

    IT IS SO ORDERED.

|  | 00 | : | 15 |
|---|---|---|---|
|  | Initials of Preparer | rf | |