# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| | | |
|---|---|---|
| 1. NAME: Christopher D. Stewart | 2. PHONE NUMBER: (619) 231-1058 | 3. DATE: Apr 17, 2013 |
| 4. FIRM NAME: Robbins Geller Rudman & Dowd LLP | 5. E-MAIL ADDRESS: cstewart@rgrdlaw.com | |
| 6. MAILING ADDRESS: 655 West Broadway, Suite 1900 | 7. CITY: San Diego | 8. STATE: CA   9. ZIP CODE: 92101 |
| 10. CASE NUMBER: 2:08-cv-03800-GAF-MAN | 11. CASE NAME: In re MRV Communications, Inc Derivative Litigation | 12. JUDGE: Feess |
| 13. APPEAL CASE NUMBER | 14. ORDER FOR: ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER | |

**15. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Apr 8, 2013 | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Preliminary Approval of Settlement |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

**16. ORDER:** IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☑ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

**(CERTIFICATION 17 & 18)**
By signing the below, I certify that I will pay all charges (deposit plus additional).

19. Transcription agency for digitally recorded proceedings:

20. Month:           Day:           Year:
Transcript payment arrangements were made with:

17. DATE:   Apr 17, 2013

NAME OF OFFICIAL: _____

18. SIGNATURE:   s/Christopher D. Stewart

Payment of estimated transcript fees were sent on the following date:
Month:           Day:           Year:

G-120 (09/12)