| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|

TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME<br>Christopher D. Stewart | 2. PHONE NUMBER<br>(619) 231-1058 | 3. DATE<br>Apr 17, 2013 | |
|---|---|---|---|
| 4. FIRM NAME: Robbins Geller Rudman & Dowd LLP | 5. E-MAIL ADDRESS: cstewart@rgrdlaw.com | | |
| 6. MAILING ADDRESS<br>655 West Broadway, Suite 1900 | 7. CITY<br>San Diego | 8. STATE<br>CA | 9. ZIP CODE<br>92101 |
| 10. CASE NUMBER<br>2:08-cv-03800-GAF-MAN | 11. CASE NAME<br>In re MRV Communications, Inc Derivative Litigation | 12. JUDGE<br>Feess | |
| 13. APPEAL CASE NUMBER | 14. ORDER FOR  ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER | | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
    Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Apr 8, 2013 | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Preliminary Approval of Settlement |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☑ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | 19. Transcription agency for digitally recorded proceedings: | |
| (CERTIFICATION 17 & 18)<br>By signing the below, I certify that I will pay all charges (deposit plus additional). | | 20. Month:     Day:     Year:<br>Transcript payment arrangements were made with: | |
| 17. DATE: Apr 17, 2013 | | NAME OF OFFICIAL: | |
| 18. SIGNATURE: s/Christopher D. Stewart | | Payment of estimated transcript fees were sent on the following date:<br>Month:     Day:     Year: | |

G-120 (09/12)