LINK: 290

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Case No. | CV 08-3800 GAF (MANx) | Date | April 25, 2013 |
|---|---|---|---|
| Title | Warren Rubin et al v. Shlomo Margalit et al --- (IN RE MRV COMMUNICATIONS, INC. DERIVATIVE LITIGATION) | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**        (In Chambers)

### ORDER RE: SUBMISSION OF UPDATED STIPULATION OF SETTLEMENT WITH CORRECT EXHIBITS B & C ATTACHED

The Court issued an Order on April 8, 2013, granting the parties' request for preliminary approval of their derivative action settlement. (Docket No. 289 [4/8/13 Order].) The parties subsequently discovered that the Stipulation of Settlement they submitted to the Court contained improperly-numbered exhibits and therefore submitted an updated "Stipulation of Settlement [with Correct Exhibits B & C Attached]." (Docket No. 290 [Updated Stipulation of Settlement ("Updated Proposed Settlement")].) The Court has reviewed the updated filing and is satisfied that the only changes to the Stipulation of Settlement are the deletion of a duplicate copy of Exhibit A-1, the "Long Form Notice of Proposed Settlement of Derivative Action," and the attachment of the previously-omitted Exhibit B, "[Proposed] Order Approving Settlement and Order of Dismissal with Prejudice," and Exhibit C, the "Judgment." (Id.) Accordingly, the Court will treat Docket No. 290, the Updated Settlement Proposal, as the operative settlement agreement. All citations in the April 8, 2013 Order to Docket No. 287, the originally-filed Settlement Proposal, are hereby **CORRECTED** to citations to Docket No. 290, the Updated Settlement Proposal.

    **IT IS SO ORDERED.**