ROBBINS GELLER RUDAMAN
  & DOWD LLP
TRAVIS E. DOWNS III (148274)
JAMES I. JACONETTE (179565)
CHRISTOPHER D. STEWART (270448)
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com
jamesj@rgrdlaw.com
cstewart@rgrdlaw.com

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
JEFFREY J. CIARLANTO
22 Cassatt Avenue
Berwyn, PA  19312
Telephone:  610/225-2677
610/408-8062 (fax)

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| In re MRV COMMUNICATIONS, INC. DERIVATIVE LITIGATION | ) ) ) | Master File No. 1:08-cv-03800-GAF(MANx) |
|---|---|---|
| This Document Relates To: | ) ) ) | NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT |
| ALL ACTIONS. | ) ) ) | DATE:  June 10, 2013 TIME:  9:30 A.M. CTRM:  740 HONORABLE GARY A. FEESS |

841061_1

1        PLEASE TAKE NOTICE that on June 10, 2013, at 9:30 a.m., or as such other

2   date as the matter may be heard in the United States District Court, Central District of

3   California, located at the Edward R. Roybal Federal Building, 225 East Temple Street,

4   Los Angeles, California 90012, plaintiffs through their undersigned counsel, will, and

5   hereby do move the Court for an order granting final approval of the proposed

6   derivative settlement.

7        The motion is supported by the accompanying Memorandum of Law in Support

8   of Motion for Final Approval of Derivative Settlement, the Declaration of James I.

9   Jaconette in Support of Motion for Final Approval of Derivative Settlement and such

10  other matters as the Court may properly consider in connection with the motion.

11  DATED:  May 16, 2013               Respectfully submitted,

12                                ROBBINS GELLER RUDMAN

13                                  &amp; DOWD LLP

                              TRAVIS E. DOWNS III

14                                JAMES I. JACONETTE

                              CHRISTOPHER D. STEWART

15

16                              s/ JAMES I. JACONETTE

17                                JAMES I. JACONETTE

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS
JOHN K. GRANT
CHRISTOPHER M. WOOD
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
JEFFREY J. CIARLANTO
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: 610/225-2677
610/408-8062 (fax)

Co-Lead Counsel for Plaintiffs

841061_1

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 16, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 16, 2013.

   s/ JAMES I. JACONETTE
JAMES I. JACONETTE

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  iamesi@rgrdlaw.com

- 3 -

841061_1

# Mailing Information for a Case 2:08-cv-03800-GAF-MAN

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Seth A Aronson**
  saronson@omm.com,LitigationCalendar@omm.com,lgeida@omm.com

- **Miguel Bahamon**
  mbahamon@omm.com,LitigationCalendar@omm.com

- **Sharon Ben-Shahar**
  sbs@birdmarella.com,krw@birdmarella.com

- **Heidi Brooks Bradley**
  bradleyh@sullcrom.com,shmidtd@sullcrom.com,s&cmanagingclerk@sullcrom.com,gotbergb@sullcrom.com,burtonj@sullcrom.com

- **Jennifer C Bretan**
  jbretan@fenwick.com,kayoung@fenwick.com

- **Christopher Thomas Casamassima**
  chris.casamassima@wilmerhale.com

- **Paul S Chan**
  psc@birdmarella.com,brl@birdmarella.com,em@birdmarella.com

- **Jeffrey J Ciarlanto**
  jjc@weiserlawfirm.com

- **Joseph Emanuel Clark**
  jclark@proskauer.com

- **Charles W Cox , II**
  charles.cox@alston.com,cynthia.ambriz@alston.com

- **Anthony A DeCorso**
  adecorso@orrick.com

- **Travis E Downs , III**
  travisd@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Gregory Andrew Ellis**
  gellis@scheperkim.com,vkirkland@scheperkim.com

- **Eric A Gressler**
  egressler@orrick.com

- **James I Jaconette**
  jamesj@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Colleen M Keating**
  colleenkeating@quinnemanuel.com,christineparga@quinnemanuel.com

- **Gary S Lincenberg**
  gsl@birdmarella.com,mea@birdmarella.com

- **David C Marcus**
  david.marcus@wilmerhale.com,joann.ambrosini@wilmerhale.com

- **James H Moon**
  james.moon@lw.com,cathy.molina@lw.com

- **Susan S Muck**
  smuck@fenwick.com

- **Maureen E Mueller**

mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com,kirstenb@rgrdlaw.com

- **Harry A Olivar , Jr**
  harryolivar@quinnemanuel.com,colleenkeating@quinnemanuel.com

- **William K Pao**
  wpao@omm.com

- **Adam S Paris**
  parisa@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Jennifer Lynn Roche**
  jroche@proskauer.com

- **Robert A Sacks**
  sacksr@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **David C Scheper**
  dscheper@scheperkim.com,mmurphy@scheperkim.com

- **Denis Shmidt**
  shmidtd@sullcrom.com,quintansb@sullcrom.com

- **Louis M Solomon**
  louis.solomon@cwt.com,nick.ritzmann@cwt.com

- **Brett D Stecker**
  bds@weiserlawfirm.com

- **Christopher J Steskal**
  csteskal@fenwick.com,sfuentes@fenwick.com

- **Christopher Dennis Stewart**
  CStewart@rgrdlaw.com,nhorstman@rgrdlaw.com,ldeem@rgrdlaw.com

- **Colin A Underwood**
  colin.underwood@cwt.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert B Weiser**
  rw@weiserlawfirm.com

- **Ronald E Wood**
  rewood@proskauer.com,aglorioso@proskauer.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).
You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these
recipients.

```
Mollie              E O'Rourke
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
```