WILMER CUTLER PICKERING
   HALE & DORR LLP
David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 443-5312

*Attorneys for the Special Litigation
Committee of the Board of Directors
of MRV Communications, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| In re MRV COMMUNICATIONS, INC. DERIVATIVE LITIGATION | Master File No. 1:08-cv-03800-GAF(MANx) |
| This Document Relates To:<br><br>ALL ACTIONS. | **SPECIAL LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS OF MRV COMMUNICATIONS, INC.'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT**<br><br>Hearing Date:  June 10, 2013<br>Time: 9:30 a.m.<br>Courtroom: 740<br>Judge: Hon. Gary A. Feess |

- 1 –

**MRV SLC'S SUPPL. MEMO ISO OF MOTION FOR FINAL APPROVAL OF STIPULATION OF SETTLEMENT**

1    The Special Litigation Committee ("SLC") of the Board of Directors of

2  MRV Communications, Inc. ("MRV" or the "Company") submits this

3  supplemental memorandum in further support of the motion of plaintiffs Warren

4  Rubin IRA and Donald Gautreaux ("Federal Plaintiffs"), dated May 16, 2013, for

5  final approval of the Stipulation of Settlement (the "Settlement") and to inform the

6  Court of a recent event at the Company.

7    On May 28, 2013, Jennifer Painter, the Company's in-house general

8  counsel, resigned her position as general counsel and left the Company. (Traub

9  Decl. ¶3.)  The Company's primary outside counsel, the law firm of Fulbright &

10 Jaworski, LLP ("Fulbright"), will perform many of the duties previously

11 undertaken by Ms. Painter. (*Id.* ¶4.)  Relevant to the Settlement, these duties will

12 include those set forth in Section I.C.2 of the term sheet accompanying the

13 Stipulation of Settlement (the "Term Sheet"). (*Id.* ¶4.)

14    Steven I. Suzzan, a partner at Fulbright, will be the attorney principally

15 responsible for carrying out these duties. (*Id.* ¶5.)  Mr. Suzzan has over twenty

16 years of experience advising public companies with respect to corporate

17 governance issues. (*Id.*)  The SLC believes that Mr. Suzzan and Fulbright are well

18 suited to advise the Company and its Board of Directors on corporate governance

19 matters, including those duties set forth in Section I.C.2 of the Term Sheet. (*Id.*

20 ¶6.)  Notably, neither Mr. Suzzan nor Fulbright had any involvement with MRV

21 before 2012, and hence had no involvement in any of the conduct at issue in the

22 underlying cases. (*Id.* ¶7.)

23    Accordingly, the SLC believes the change to the Company's general counsel

24 position does not affect any aspect of the Settlement.  On the contrary, the SLC

25 believes that with Mr. Suzzan and Fulbright representing and advising the

26 Company on corporate governance matters, the Company is at least equally well

27 positioned to ensure the implementation and maintenance of the corporate

28 governance reforms set forth in the Settlement.

**MRV SLC'S SUPPL. MEMO ISO OF MOTION FOR APPROVAL OF STIPULATION OF SETTLEMENT**

1    Accordingly, the SLC respectfully requests that the Court grant Plaintiffs'

2  Motion for Final Approval of Derivative Settlement.

3

4                                        Respectfully submitted,

5  Dated: May 31, 2013

6

7                          By: _____/s/ David C. Marcus_____
                                David C. Marcus
8                               Christopher T. Casamassima
                                WILMER CUTLER PICKERING
9                                  HALE & DORR LLP

10
                           *Attorneys for the Special Litigation*
11                         *Committee of the Board of Directors of*
                           *MRV Communications, Inc.*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MRV SLC'S SUPPL. MEMO ISO OF MOTION FOR APPROVAL OF STIPULATION OF SETTLEMENT