DAVID C. MARCUS (SBN 158704)
david.marcus@wilmerhale.com
CHRISTOPHER T. CASAMASSIMA (SBN 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
    HALE & DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorneys for the Special Litigation Committee of the Board of Directors of MRV Communications, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re MRV COMMUNICATIONS, INC. DERIVATIVE LITIGATION | Master File No. 1:08-cv-03800-GAF (MANx) |
| This Document Relates To:<br><br>ALL ACTIONS. | **DECLARATION OF KENNETH TRAUB IN SUPPORT OF SPECIAL LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS OF MRV COMMUNICATIONS, INC.'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT**<br><br>Hearing Date: June 10, 2013<br>Time: 9:30AM<br>Courtroom: 740<br>Judge: Hon. Gary A. Feess |

DECLARATION OF KENNETH TRAUB IN SUPPORT OF SUPPLEMENTAL SLC MEMO
(Master File No. 1:08-cv-03800-GAF (MANx))

ActiveUS 107198368v.1

I, Kenneth Traub hereby declare that:

1. I am Chairman of the Board of Directors of MRV Communications, Inc. ("MRV" or the "Company"). I currently serve on the Audit, Compensation and Nomination & Governance Committees of MRV. I am also a member of the Special Litigation Committee that has investigated the facts surrounding this case. I have personal knowledge of the facts set forth in this declaration, except where I indicate otherwise, and could and would testify competently thereto if called upon to do so.

2. I incorporate by reference all facts set forth in the Declaration of Kenneth Traub in Support of the Special Litigation Committee of the Board of Directors of MRV Communications, Inc.'s Response in Support of Plaintiff's Motion for Preliminary Approval of the Derivative Settlement.

3. On May 28, 2013, Jennifer Painter, the Company's in-house general counsel, resigned her position as general counsel and left the Company.

4. The Company's primary outside counsel, the law firm of Fulbright & Jaworski, LLP ("Fulbright"), will perform many of the duties previously undertaken by Ms. Painter. Relevant to the Settlement, these duties will include those set forth in Section I.C.2 of the term sheet accompanying the Stipulation of Settlement (the "Term Sheet").

5. Steven I. Suzzan, a partner at Fulbright, will be the attorney principally responsible for carrying out these duties. Mr. Suzzan has over twenty years of experience advising public companies with respect to corporate governance issues.

6. Given Mr. Suzzan's experience and the support available to him at Fulbright, the SLC believes that Mr. Suzzan and Fulbright are well suited to advice the Company and its Board of Directors on corporate governance matters, including those duties set forth in Section I.C.2 of the Term Sheet.

1

DECLARATION OF KENNETH TRAUB IN SUPPORT OF SUPPLEMENTAL SLC MEMO
(Master File No. 1:08-cv-03800-GAF (MANx))

ActiveUS 107198368v.1

7. To the best of my knowledge, neither Mr. Suzzan nor Fulbright had any involvement with MRV before 2012, and hence had no involvement in any of the conduct at issue in the underlying cases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 31, 2013 in Princeton, NJ

By: _____
Kenneth Traub

2

**DECLARATION OF KENNETH TRAUB IN SUPPORT OF SUPPLEMENTAL SLC MEMO**