Robert A. Sacks (CA Bar No. 150146)
sacksr@sullcrom.com
Adam S. Paris (CA Bar No. 190693)
parisa@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone:  (310) 712-6600
Facsimile:   (310) 712-8800

Attorneys for Nominal Defendant
MRV COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MRV COMMUNICATIONS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Master File No.<br>  2:08-cv-03800-GAF(MANx)<br><br>**DECLARATION OF ADAM S. PARIS REGARDING NOTICE OF PROPOSED SETTLEMENT IN SUPPORT OF MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT**<br><br>Hearing Date:   June 10, 2013<br>Hearing Time:  9:30 A.M.<br>Courtroom:       740<br>Honorable Gary A. Feess |

## DECLARATION OF ADAM S. PARIS

I, Adam S. Paris, declare as follows:

1. I am an attorney admitted to the Bar of the State of California and of this Court. I am a partner of the law firm of Sullivan & Cromwell LLP, counsel to Nominal Defendant MRV Communications, Inc. ("MRV") in this action. I make this Declaration in support of Plaintiffs' Motion for Final Approval of Derivative Settlement, and for purposes of demonstrating compliance with the Court's Order Re: Preliminary Approval of Derivative Action Settlement dated April 8, 2013 ("Preliminary Approval Order"). I have personal knowledge of the facts set forth herein, and, if called to testify, could and would testify competently thereto.

2. Pursuant to the Preliminary Approval Order MRV was required to provide notice of the proposed derivative action settlement to MRV's shareholders within ten days of the Preliminary Approval Order (i.e., April 18, 2013) as follows: (1) Publication of the Summary Notice of Settlement (substantially in the form annexed as Exhibit A-2 to the Stipulation of Settlement) in Investor's Business Daily; (2) Filing of the Notice of Proposed Settlement (substantially in the form annexed as Exhibit A-1 to the Stipulation of Settlement) and Stipulation of Settlement via a Form 8-K with the SEC; and (3) Posting of the Notice of Proposed Settlement (substantially in the form annexed as Exhibit A-1 to the Stipulation of Settlement) on MRV's website.

3. On April 16, 2013 MRV caused the Summary Notice of Settlement to be published in Investor's Business Daily. A true and correct copy of the page of Investor's Business Daily, dated April 16, 2013 and featuring the Summary Notice of Settlement, is attached as Exhibit A.

4. On April 11, 2013 MRV caused the Notice of Proposed Settlement and the Stipulation of Settlement to be filed via a Form 8-K with the

SEC. A true and correct copy of the Form 8-K incorporating the Notice of Proposed Settlement and the Stipulation of Settlement is attached as Exhibit B.

     5.    On April 10, 2013 MRV caused the Notice of Proposed Settlement and Stipulation of Settlement to be posted to its website. A true and correct copy of the webpage including the Notice of Proposed Settlement and Stipulation of Settlement, which can be found at http://ir.mrv-corporate.com, is attached as Exhibit C. Attached as Exhibit D is a true and correct copy of an e-mail dated April 17, 2013 to Plaintiffs' counsel confirming that the Notice of Proposed Settlement and Stipulation of Settlement had been posted to MRV's website, and including the URL link for the webpage.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed this 3rd day of June, 2013 at Los Angeles, California.

                                            s/ Adam. S. Paris
                                              Adam S. Paris