ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III (148274)
JAMES I. JACONETTE (179565)
CHRISTOPHER D. STEWART (270448)
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com
jamesj@rgrdlaw.com
cstewart@rgrdlaw.com

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
JEFFREY J. CIARLANTO
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: 610/225-2677
610/408-8062 (fax)

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MRV COMMUNICATIONS, INC. DERIVATIVE LITIGATION | Master File No. 1:08-cv-03800-GAF(MANx) |
| This Document Relates To:<br><br>ALL ACTIONS. | PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT<br><br>DATE:  June 10, 2013<br>TIME:  9:30 a.m.<br>CTRM:  The Honorable Gary Allen Feess |

844088_1

1    Plaintiffs respectfully submit this Reply in Support of Plaintiffs' Motion for
2 Final Approval of Derivative Settlement.
3    As set forth in Plaintiffs' papers in support of their Motion for Final Approval
4 of Derivative Settlement, the Settlement represents a favorable result for MRV
5 Communications, Inc. ("MRV") and its shareholders.  The Settlement resolves a
6 contentious, hard-fought and complex derivative action and was only achieved after
7 extensive settlement negotiations with the substantial assistance of mediators.  Indeed,
8 the Court in its April 8, 2013 Order Re: Preliminary Approval of Derivative Action
9 Settlement ("Order") found "that the terms of the Proposed Settlement are
10 reasonable." *See* Order at 5-6.  Dkt. No. 289.
11    MRV shareholders appear to agree that the Settlement is reasonable and in the
12 best interest of MRV and its shareholders.  As the Honorable Jeremy Fogel, now
13 director of the Federal Judicial Center, noted in approving the settlement of the
14 Rambus derivative litigation: "'[T]he reaction of the class to the proffered settlement
15 . . . is perhaps the most significant factor to be weighed in considering its adequacy.'"
16 *In re Rambus Inc. Derivative Litig.*, No. C 06-3513 JF (HRL), 2009 WL 166689, at *3
17 (N.D. Cal. Jan. 20, 2009) (citation omitted).  Pursuant to the Order, a copy of the Long
18 Form Notice of Proposed Settlement of Derivative Action ("Notice") in the form
19 approved by the Court and the Stipulation of Settlement dated March 1, 2013
20 ("Stipulation") was filed with the U.S. Securities and Exchange Commission ("SEC")
21 as an exhibit to a Form 8-K filed by MRV on April 11, 2013.  In addition, the Notice
22 and the Stipulation were published on MRV's corporate website and the Short Form
23 Notice of Proposed Settlement was published in the national edition of *Investor's*
24 *Business Daily* on April 16, 2013.
25    The Order required that any objections to the Settlement had to be filed with the
26 Court and served on the parties no later than May 27, 2013.  That deadline has now
27 passed and Plaintiffs are not aware of a single objection to any aspect of the
28 Settlement.  Plaintiffs respectfully submit that, particularly in this age of increased

844088_1

1 | shareholder activism, the fact that there are no objections to any aspect of the
2 | Settlement is a strong indication of its fairness.
3 |     Based on the foregoing and the entire record herein, Plaintiffs respectively
4 | request that the Court approve the Settlement as fair, reasonable, and adequate and in
5 | the best interest of MRV and its shareholders.

6 | DATED: June 3, 2013           Respectfully submitted,

7 |                               ROBBINS GELLER RUDMAN
                                &DOWD LLP
8 |                               TRAVIS E. DOWNS III
                              JAMES I. JACONETTE
9 |                               CHRISTOPHER D. STEWART

11 |                               s/ Travis E. Downs III
                              TRAVIS E. DOWNS III

13 |                               655 West Broadway, Suite 1900
                              San Diego, CA 92101-3301
14 |                               Telephone: 619/231-1058
                              619/231-7423 (fax)

15 |                               ROBBINS GELLER RUDMAN
                                & DOWD LLP
16 |                               SHAWN A. WILLIAMS
                              JOHN K. GRANT
17 |                               CHRISTOPHER M. WOOD
                              Post Montgomery Center
18 |                               One Montgomery Street, Suite 1800
                              San Francisco, CA 94104
19 |                               Telephone: 415/288-4545
                              415/288-4534 (fax)

20 |
21 |                               THE WEISER LAW FIRM, P.C.
                              ROBERT B. WEISER
22 |                               BRETT D. STECKER
                              JEFFREY J. CIARLANTO
23 |                               22 Cassatt Avenue
                              Berwyn, PA 19312
24 |                               Telephone: 610/225-2677
                              610/408-8062 (fax)

25 |                               Co-Lead Counsel for Plaintiffs

844088_1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 3, 2013.

    s/ Travis E. Downs III
TRAVIS E. DOWNS III

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: travisd@rgrdlaw.com

# Mailing Information for a Case 2:08-cv-03800-GAF-MAN

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Seth A Aronson**
  saronson@omm.com,LitigationCalendar@omm.com,lgeida@omm.com

- **Miguel Bahamon**
  mbahamon@omm.com,LitigationCalendar@omm.com

- **Sharon Ben-Shahar**
  sbs@birdmarella.com,krw@birdmarella.com

- **Heidi Brooks Bradley**
  bradleyh@sullcrom.com,shmidtd@sullcrom.com,s&cmanagingclerk@sullcrom.com,gotbergb@sullcrom.com,burtonj@sullcrom.com

- **Jennifer C Bretan**
  jbretan@fenwick.com,kayoung@fenwick.com

- **Christopher Thomas Casamassima**
  chris.casamassima@wilmerhale.com

- **Paul S Chan**
  psc@birdmarella.com,brl@birdmarella.com,em@birdmarella.com

- **Jeffrey J Ciarlanto**
  jjc@weiserlawfirm.com

- **Joseph Emanuel Clark**
  jclark@proskauer.com

- **Charles W Cox , II**
  charles.cox@alston.com,cynthia.ambriz@alston.com

- **Anthony A DeCorso**
  adecorso@orrick.com

- **Travis E Downs , III**
  travisd@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Gregory Andrew Ellis**
  gellis@scheperkim.com,vkirkland@scheperkim.com

- **Eric A Gressler**
  egressler@orrick.com

- **James I Jaconette**
  jamesj@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Colleen M Keating**
  colleenkeating@quinnemanuel.com,christineparga@quinnemanuel.com

- **Gary S Lincenberg**
  gsl@birdmarella.com,mea@birdmarella.com

- **David C Marcus**
  david.marcus@wilmerhale.com,joann.ambrosini@wilmerhale.com

- **James H Moon**
  james.moon@lw.com,cathy.molina@lw.com

- **Susan S Muck**
  smuck@fenwick.com,pnichols@fenwick.com

- **Maureen E Mueller**

-4-

- mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com,kirstenb@rgrdlaw.com

- **Harry A Olivar , Jr**
  harryolivar@quinnemanuel.com,colleenkeating@quinnemanuel.com

- **William K Pao**
  wpao@omm.com

- **Adam S Paris**
  parisa@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Jennifer Lynn Roche**
  jroche@proskauer.com

- **Robert A Sacks**
  sacksr@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **David C Scheper**
  dscheper@scheperkim.com,mmurphy@scheperkim.com

- **Denis Shmidt**
  shmidtd@sullcrom.com,quintansb@sullcrom.com

- **Louis M Solomon**
  louis.solomon@cwt.com,nick.ritzmann@cwt.com

- **Brett D Stecker**
  bds@weiserlawfirm.com

- **Christopher J Steskal**
  csteskal@fenwick.com,sfuentes@fenwick.com

- **Christopher Dennis Stewart**
  CStewart@rgrdlaw.com,nhorstman@rgrdlaw.com,ldeem@rgrdlaw.com

- **Colin A Underwood**
  colin.underwood@cwt.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert B Weiser**
  rw@weiserlawfirm.com

- **Ronald E Wood**
  rewood@proskauer.com,aglorioso@proskauer.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mollie          E O'Rourke
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
```

-5-