```
 1  ROBBINS GELLER RUDMAN
      & DOWD LLP
 2  TRAVIS E. DOWNS III (148274)
    JAMES I. JACONETTE (179565)
 3  CHRISTOPHER D. STEWART (270448)
    655 West Broadway, Suite 1900
 4  San Diego, CA 92101-3301
    Telephone: 619/231-1058
 5  619/231-7423 (fax)
    travisd@rgrdlaw.com
 6  jamesj@rgrdlaw.com
    cstewart@rgrdlaw.com
 7
    THE WEISER LAW FIRM, P.C.
 8  ROBERT B. WEISER
    BRETT D. STECKER
 9  JEFFREY J. CIARLANTO
    22 Cassatt Avenue
10  Berwyn, PA 19312
    Telephone: 610/225-2677
11  610/408-8062 (fax)

12  Co-Lead Counsel for Plaintiffs

13  [Additional counsel appear on signature page.]
```

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                          WESTERN DIVISION

| | |
|---|---|
| In re MRV COMMUNICATIONS, INC. DERIVATIVE LITIGATION | Master File No. 1:08-cv-03800-GAF(MANx) |
| This Document Relates To: | NOTICE OF LODGING |
| ALL ACTIONS. | DATE: Submitted Matter<br>TIME: Submitted Matter<br>CTRM: The Honorable Gary Allen Feess |

848029_1

1     At the Court's direction, Plaintiffs' Counsel hereby lodge the attached [Proposed] Final Judgment, in accordance with the Court's June 6, 2013 Memorandum and Order Regarding Motion for Final Approval of Derivative Settlement and Award of Attorneys' Fees.

DATED: June 11, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III
JAMES I. JACONETTE
CHRISTOPHER D. STEWART

s/ Travis E. Downs III
TRAVIS E. DOWNS III

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
JOHN K. GRANT
CHRISTOPHER M. WOOD
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
JEFFREY J. CIARLANTO
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: 610/225-2677
610/408-8062 (fax)

Co-Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2013.

s/ Travis E. Downs III
TRAVIS E. DOWNS III

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: travisd@rgrdlaw.com

## Mailing Information for a Case 2:08-cv-03800-GAF-MAN

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Seth A Aronson**
  saronson@omm.com,LitigationCalendar@omm.com,lgeida@omm.com

- **Miguel Bahamon**
  mbahamon@omm.com,LitigationCalendar@omm.com

- **Sharon Ben-Shahar**
  sbs@birdmarella.com,krw@birdmarella.com

- **Heidi Brooks Bradley**
  bradleyh@sullcrom.com,shmidtd@sullcrom.com,s&cmanagingclerk@sullcrom.com,gotbergb@sullcrom.com,burtonj@sullcrom.com

- **Jennifer C Bretan**
  jbretan@fenwick.com,kayoung@fenwick.com

- **Christopher Thomas Casamassima**
  chris.casamassima@wilmerhale.com

- **Paul S Chan**
  psc@birdmarella.com,brl@birdmarella.com,em@birdmarella.com

- **Jeffrey J Ciarlanto**
  jjc@weiserlawfirm.com

- **Joseph Emanuel Clark**
  jclark@proskauer.com

- **Charles W Cox , II**
  charles.cox@alston.com,cynthia.ambriz@alston.com

- **Anthony A DeCorso**
  adecorso@orrick.com

- **Travis E Downs , III**
  travisd@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Gregory Andrew Ellis**
  gellis@scheperkim.com,vkirkland@scheperkim.com

- **Eric A Gressler**
  egressler@orrick.com

- **James I Jaconette**
  jamesj@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Colleen M Keating**
  colleenkeating@quinnemanuel.com,christineparga@quinnemanuel.com

- **Gary S Lincenberg**
  gsl@birdmarella.com,mea@birdmarella.com

- **David C Marcus**
  david.marcus@wilmerhale.com,joann.ambrosini@wilmerhale.com

- **James H Moon**
  james.moon@lw.com,cathy.molina@lw.com

- **Susan S Muck**
  smuck@fenwick.com,pnichols@fenwick.com

- **Maureen E Mueller**

—3—

- mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com,kirstenb@rgrdlaw.com

- **Harry A Olivar , Jr**
  harryolivar@quinnemanuel.com,colleenkeating@quinnemanuel.com

- **William K Pao**
  wpao@omm.com

- **Adam S Paris**
  parisa@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Jennifer Lynn Roche**
  jroche@proskauer.com

- **Robert A Sacks**
  sacksr@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **David C Scheper**
  dscheper@scheperkim.com,mmurphy@scheperkim.com

- **Denis Shmidt**
  shmidtd@sullcrom.com,quintansb@sullcrom.com

- **Louis M Solomon**
  louis.solomon@cwt.com,nick.ritzmann@cwt.com

- **Brett D Stecker**
  bds@weiserlawfirm.com

- **Christopher J Steskal**
  csteskal@fenwick.com,sfuentes@fenwick.com

- **Christopher Dennis Stewart**
  CStewart@rgrdlaw.com,nhorstman@rgrdlaw.com,ldeem@rgrdlaw.com

- **Colin A Underwood**
  colin.underwood@cwt.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert B Weiser**
  rw@weiserlawfirm.com

- **Ronald E Wood**
  rewood@proskauer.com,aglorioso@proskauer.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mollie             E O'Rourke
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
```

-4-