```
 1  ROBBINS GELLER RUDMAN
      & DOWD LLP
 2  TRAVIS E. DOWNS III (148274)
    JAMES I. JACONETTE (179565)
 3  CHRISTOPHER D. STEWART (270448)
    655 West Broadway, Suite 1900
 4  San Diego, CA  92101-3301
    Telephone:  619/231-1058
 5  619/231-7423 (fax)
    travisd@rgrdlaw.com
 6  jamesj@rgrdlaw.com
    cstewart@rgrdlaw.com
 7
    THE WEISER LAW FIRM, P.C.
 8  ROBERT B. WEISER
    BRETT D. STECKER
 9  JEFFREY J. CIARLANTO
    22 Cassatt Avenue
10  Berwyn, PA  19312
    Telephone:  610/225-2677
11  610/408-8062 (fax)

12  Co-Lead Counsel for Plaintiffs
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| In re MRV COMMUNICATIONS, INC. DERIVATIVE LITIGATION | ) ) ) ) | Master File No. 1:08-cv-03800-GAF(MANx) [PROPOSED] FINAL JUDGMENT |
|---|---|---|
| This Document Relates To:<br><br>    ALL ACTIONS. | ) ) ) ) ) | |

845073_2

In accordance with the Court's June 6, 2013 Memorandum and Order Regarding Motion for Final Approval of Derivative Settlement and Award of Attorneys' Fees (the "June 6, 2013 Memorandum and Order"), this consolidated case (including all related cases), is dismissed with prejudice.

It is further **ORDERED, ADJUDGED AND DECREED** that, for the reasons stated in the Court's June 6, 2013 Memorandum and Order, final judgment terminating the litigation as to all claims and all parties is hereby entered, and this consolidated case (including all related cases) is hereby closed.

**Dated:** Los Angeles, California

June __, 2013

BY: _____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

845073_2