ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III (148274)
JAMES I. JACONETTE (179565)
CHRISTOPHER D. STEWART (270448)
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com
jamesj@rgrdlaw.com
cstewart@rgrdlaw.com

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
JEFFREY J. CIARLANTO
22 Cassatt Avenue
Berwyn, PA  19312
Telephone:  610/225-2677
610/408-8062 (fax)

Co-Lead Counsel for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MRV COMMUNICATIONS, INC. DERIVATIVE LITIGATION | Master File No. 1:08-cv-03800-GAF(MANx) |
| This Document Relates To:<br><br>    ALL ACTIONS. | FINAL JUDGMENT |

845073_2

1  In accordance with the Court's June 6, 2013 Memorandum and Order Regarding Motion for Final Approval of Derivative Settlement and Award of Attorneys' Fees (the "June 6, 2013 Memorandum and Order"), this consolidated case (including all related cases), is dismissed with prejudice.

It is further **ORDERED, ADJUDGED AND DECREED** that, for the reasons stated in the Court's June 6, 2013 Memorandum and Order, final judgment terminating the litigation as to all claims and all parties is hereby entered, and this consolidated case (including all related cases) is hereby closed.

**Dated:** Los Angeles, California

June 13, 2013

JS-6

BY:

_____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

845073_2